IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EVANDER YOUNG                                                              PLAINTIFF
#0034229

v.                              No. 3:21-cv-145-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                                                            DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Young hasn't paid the filing fee or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. Doc. 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021