# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

EVANDER YOUNG                                                                    PLAINTIFF
#0034229

v.                              No. 3:21-cv-145-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                                                                 DEFENDANTS

## JUDGMENT

Young's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 November 2021